UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON STRIBLING,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DAVID BAUGHMAN,<br><br>　　　　Respondent. | Case No. 16-07176 EJD (PR)<br><br>**ORDER OF TRANSFER** |

Petitioner, a state prisoner currently confined at California State Prison – Sacramento, filed a <u>pro se</u> petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction.[1]  Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d).  Here, Petitioner is challenging his conviction out of Sacramento County, (Pet. at 3), which lies within the venue of the Eastern District of California.  <u>See</u> 28 U.S.C. § 84(b).  Therefore, venue properly lies in that district and not in this one.  <u>See</u> 28 U.S.C. § 1391(b).  Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California.  <u>See</u> 28 U.S.C. § 1406(a).

---

[1] The matter was reassigned to this Court on January 25, 2017, after Petitioner did not file notice of consent to magistrate jurisdiction.  (Docket No. 5.)

1    The Clerk shall terminate all pending motions and transfer the entire file to the
2    Eastern District of California.
3    **IT IS SO ORDERED.**
4    Dated: __2/2/2017__                          _____
                                                  EDWARD J. DAVILA
5                                                 United States District Judge

Order of Transfer
PRO-SE\EJD\HC.16\07176Stribling_transfer(ED)

2